RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Kenneth Moore

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-213-JAD-NJK |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| KENNETH MOORE, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Christopher D. Baker, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia Irvin, counsel for Kenneth Moore, that his conditions of release be modified for the following reasons:

1. On August 19, 2020, Mr. Moore entered a plea of guilty pursuant to a negotiated and written plea agreement. ECF Nos. 36, 37, 38. The plea agreement included a provision that Mr. Moore had been accepted into RISE Court and that he agreed to be a participant. ECF No. 36 at 10-11. In his plea agreement, Mr. Moore consented to the terms of the RISE Court contract and program. *See id.*

2. As a participant in the RISE Court program, Mr. Moore understands and consents to the addition of the following conditions:

    a. The defendant shall refrain from any use of alcohol.

    b. The defendant shall participate in a program of inpatient or outpatient substance use therapy and counseling if Pretrial Services or the supervising officer considers it advisable.

    c. The defendant shall pay all or part of the cost of the substance use treatment program or evaluation based upon his ability to pay as determined by Pretrial Services or the supervising officer.

3. Defense counsel and Government counsel agree to the addition of these pretrial conditions.

4. Pretrial Services Officer Samira Barlow agrees to the addition of these pretrial conditions.

DATED this 16th day of September.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Sylvia Irvin*<br>By_____<br>SYLVIA IRVIN<br>Assistant Federal Public Defender | */s/ Christopher D. Baker*<br>By_____<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-213-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| KENNETH MOORE, | |
| Defendants. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that following shall be added to Mr. Moore's release conditions:

1. The defendant shall refrain from any use of alcohol.

2. The defendant shall participate in a program of inpatient or outpatient substance use therapy and counseling if Pretrial Services or the supervising officer considers it advisable.

3. The defendant shall pay all or part of the cost of the substance use treatment program or evaluation based upon his ability to pay as determined by Pretrial Services or the supervising officer.

DATED this 16th day of September, 2020.

UNITED STATES MAGISTRATE JUDGE