RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Kenneth Moore

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-213-JAD-NJK |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| KENNETH MOORE, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the Acting United States Attorney Christopher Chiou and Assistant United States Attorney Christopher Burton, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Rebecca Levy, counsel for Kenneth Moore, that his conditions of release be modified for the following reasons:

1. On August 19, 2020, Mr. Moore entered a plea of guilty pursuant to a negotiated and written plea agreement. ECF Nos. 36, 37, 38. The plea agreement included a provision that Mr. Moore had been accepted into RISE Court and that he agreed to be a participant. ECF No. 36 at 10-11. In his plea agreement, Mr. Moore consented to the terms of the RISE Court contract and program. *See id.* Mr. Moore has been actively participating in RISE Court since that time.

2. As a participant in the RISE Court program, Mr. Moore understands and consents to the addition of the following conditions:

    a. The defendant shall participate in mental health treatment and/or anger management.

3. Defense counsel and Government counsel agree to the addition of these pretrial conditions.

4. Pretrial Services Officer Samira Barlow agrees to the addition of these pretrial conditions.

DATED this 16th day of July 2021.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
|   */s/ Rebecca Levy*<br>By_____<br>Rebecca Levy<br>Assistant Federal Public Defender |   */s/ Christopher Burton*<br>By_____<br>Christopher Burton<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH MOORE,<br><br>    Defendants. | Case No. 2:20-cr-213-JAD-NJK<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that following shall be added to Mr. Moore's release conditions: The defendant shall participate in mental health treatment and/or anger management.

DATED July 16, 2021.

_____
UNITED STATES MAGISTRATE JUDGE